UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-24017-Civ-COOKE/GOODMAN

LADAMION QUINN,

    Plaintiff,

vs.

MIAMI-DADE COUNTY, *et al.*,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS**

Plaintiff hereby voluntarily dismisses any and all claims in this matter with prejudice.

Dated: December 20, 2018          Respectfully submitted,

                                       */s/ Joshua Tarjan*
                                       Joshua Tarjan
                                       FBN: 107092
                                       josh@tarjanlawfirm.com
                                       The Tarjan Law Firm P.A.
                                       12384 SW 82 Avenue
                                       Pinecrest, FL 33156
                                       Telephone: (305) 423-8747
                                       Telephone: (323) 243-3186
                                       Facsimile: (305) 402-0333
                                       Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on December 20, 2018 on the parties listed in the Service List below.

                                         */s/ Joshua Tarjan*
                                       Joshua Tarjan
                                       FBN: 107092

## SERVICE LIST

*By CM/ECF:*

Jennifer L. Hochstadt
Assistant Miami-Dade County Attorney
Florida Bar No. 56035
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5151
Facsimile: (305) 375-5611
E-mail: hochsta@miamidade.gov